# FABIAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. *12-20285- JTF* |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 1343 |
| v. | ) | 42 U.S.C. § 408(a)(7)(B) |
| | ) | |
| CEDRICK WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## I N D I C T M E N T

THE GRAND JURY CHARGES:

## INTRODUCTION

1.    At all times material herein:

a.    Educational Testing Service ("ETS") was a private nonprofit educational testing and assessment organization with headquarters in Princeton, New Jersey. One series of tests written and administered by ETS was the PRAXIS series, components of which are required by many states for individuals entering the teaching profession or for teachers obtaining subject-specific endorsements on their teaching licenses.

b.    Tennessee was among the states that required individuals entering the teaching profession and teachers obtaining subject-specific endorsements on their teaching licenses to take and pass PRAXIS examinations.

c.    In Tennessee, other than teachers who obtained their licenses prior to 1984, certain out-of-state teachers obtaining reciprocal licenses, and teachers using transitional licenses, teachers were required to take and pass PRAXIS examinations to be licensed.

d.    ETS charged fees to individuals who took the PRAXIS examinations. The results of the examinations were relied upon by the Departments of Education in Arkansas, Mississippi and Tennessee for the issuance of licenses.

1

e.      Because Tennessee required an individual's social security number to process educator certification paperwork, individuals taking PRAXIS examinations were required to provide their social security numbers to ETS as part of the PRAXIS registration process.

f.      ETS owned copyrights in the PRAXIS examinations and questions, and the registered trademark, "PRAXIS," as used on the examinations and score reports. ETS also developed specialized test administration and scoring services for the PRAXIS examinations. To keep its PRAXIS product exclusive, secure and confidential, ETS restricted access to and use of its copyrighted PRAXIS examinations and questions and trademarked PRAXIS score reports, as well as its PRAXIS test administration and scoring services.

g.      Individuals taking the PRAXIS examination tests registered for the tests online. The registration process therefore involved wire communications from the computers at which registrants registered with ETS in Princeton, New Jersey.

h.      Individuals taking the PRAXIS examination tests signed confidentiality statements certifying that the person taking the test was the person whose name and address was used in the application process. In addition, those taking the test agreed to maintain the full confidentiality of all test questions and agreed not to reproduce and/or disclose any test question to anyone. Individuals unwilling to agree to these conditions would not be permitted to take an examination. Each individual taking a PRAXIS was also required to present his or her driver's license at the test-taking center.

i.      Once an exam was completed, exam results were wired from the test location in Arkansas to ETS in Princeton, New Jersey for processing. Individuals in whose name the exams were registered obtained their scores either via a score report mailed to them by ETS or via interstate wire communication through use of the internet.

j.    ETS developed substantial goodwill from development and administration of the PRAXIS examinations, some of which was based on the integrity of the testing processes. ETS had property interests in the PRAXIS product, including (i) materials bearing its trademarks, such as the PRAXIS examinations and score reports, (ii) its copyrighted materials, such as the PRAXIS examinations and their questions, and (iii) the ETS-specified test administration and scoring services for the PRAXIS examinations. ETS also had property interests in the value of its goodwill, which is an asset of ETS and is based, in part, on maintaining the integrity of the testing and security process.

k.    Successful passage of PRAXIS examinations was an inducement for the Memphis City Schools to hire an individual given that successful passage of PRAXIS examinations is a necessary prerequisite to an individual obtaining a license from the Tennessee Department of Education.

## COUNT 1

## THE CONSPIRACY

1.    Beginning in or about April 2009, the exact date being unknown to the Grand Jury, and continuing until at least on or about January 16, 2010, in the Western District of Tennessee, and elsewhere, the defendant,

-------------------------------------------------- **CEDRICK WILSON** --------------------------------------------------

did unlawfully, willfully and knowingly combine, conspire, confederate and agree with Clarence Mumford, and with other persons known and unknown to the Grand Jury, to commit offenses against the United States, that is:

a.    To use and cause to be used interstate wire communications in furtherance of a scheme and artifice to defraud and for obtaining money or property by means of false or fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1343;

b.     Falsely representing a Social Security number to be assigned to a person other than the person to whom the number is truly assigned, with intent to deceive, for the purpose of obtaining any payment or any other purpose, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## OBJECTS OF THE CONSPIRACY

2.     The objects of the conspiracy are set forth as follows:

a.     It was an object of the conspiracy to defraud ETS of property by obtaining access to and use of ETS's trademarked materials, copyrighted materials and services, by obtaining ETS's official score report, and by obtaining the benefit of, and undermining, ETS's goodwill and the value of its trademark and copyright.

b.     It was an object of the conspiracy to defraud the Memphis City Schools by falsely representing to the Memphis City Schools that **DEFENDANT CEDRICK WILSON** had passed certain PRAXIS examinations to induce the Memphis City Schools to hire **DEFENDANT CEDRICK WILSON** when **DEFENDANT CEDRICK WILSON** had not, in fact, passed the PRAXIS examinations he represented that he had passed. These PRAXIS examinations were in the subjects Physical Education: Content Knowledge and Physical Education: Movement Forms – Analysis and Design.

c.     It was an object of the conspiracy for a test-taker hired by Clarence Mumford to use the social security number of **DEFENDANT CEDRICK WILSON** to take the Physical Education: Content Knowledge and Physical Education: Movement Forms – Analysis and Design PRAXIS examinations.

d.     It was a principle object and purpose of the conspiracy to carry out and to execute the above-listed objects of the conspiracy for the ultimate personal gain, benefit, profit, advantage, and accommodation of **DEFENDANT CEDRICK WILSON** and Clarence Mumford.

e.

4

## MANNER AND MEANS OF THE
## CONSPIRACY AND SCHEME TO DEFRAUD

3.      The manner and means by which the conspiracy and the scheme and artifice to defraud functioned is more particularly set forth as follows:

a.      It was part of the conspiracy and the scheme and artifice to defraud that **DEFENDANT CEDRICK WILSON** or someone acting on his behalf registered **DEFENDANT CEDRICK WILSON** via the internet for Physical Education: Content Knowledge and Physical Education: Movement Forms – Analysis and Design PRAXIS examinations.. The registration was paid by use of a credit card in Clarence Mumford's name. The telephone number listed in the registration belonged to Clarence Mumford.

b.      It was further part of the conspiracy and the scheme and artifice to defraud that **DEFENDANT CEDRICK WILSON's** social security number was used in the PRAXIS registration process.

c.      It was further part of the scheme and artifice to defraud that a test-taker appeared to take the PRAXIS examinations at Phillips Community College of the University of Arkansas, located in Helena, Arkansas, and falsely identified himself as **DEFENDANT CEDRICK WILSON.** The test-taker used **DEFENDANT CEDRICK WILSON's** social security number to take the examinations.

d.      It was further part of the scheme and artifice to defraud that the test-taker, posing as **DEFENDANT CEDRICK WILSON**, signed confidentiality statements in **DEFENDANT CEDRICK WILSON's** name.

e.      It was further part of the scheme and artifice to defraud that the score reports mailed by ETS contained **DEFENDANT CEDRICK WILSON's** social security number.

f.      It was further part of the scheme and artifice to defraud that **DEFENDANT CEDRICK WILSON** submitted the score reports for the Physical Education: Content Knowledge and Physical Education: Movement Forms – Analysis and Design PRAXIS

examinations taken by the test-taker to the Memphis City Schools in support of an application for employment.

g.     It was further part of the scheme and artifice to defraud that **DEFENDANT CEDRICK WILSON** submitted an online "Teacher Track" application to the Memphis City Schools on or about January 16, 2010. In a section labeled "Educational Testing," **DEFENDANT CEDRICK WILSON** represented that he had taken the Physical Education: Content Knowledge and Physical Education: Movement Forms – Analysis and Design PRAXIS examinations. that were, in fact, taken by a test-taker other than **DEFENDANT CEDRICK WILSON.**

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

4.     At all times hereinafter mentioned, during the pendency of the conspiracy, the following overt acts were engaged in, in the Western District of Tennessee and elsewhere, at least one of which furthered and effected the goals of said combination, conspiracy, confederation and agreement:

| Overt Act No. | Date | Act |
|---|---|---|
| 1 | 04.08.2009 | On or about this date, **DEFENDANT CEDRICK WILSON** or someone acting on his behalf registered online for Physical Education: Content Knowledge and Physical Education: Movement Forms – Analysis and Design PRAXIS examinations to be taken on April 25, 2009 in his name. The registration involved the use of **DEFENDANT CEDRICK WILSON's** social security number. |
| 2 | 04.25.2009 | A test-taker took Physical Education: Content Knowledge and Physical Education: Movement Forms – Analysis and Design PRAXIS examinations on behalf of **DEFENDANT CEDRICK WILSON**. The test-taker listed **DEFENDANT CEDRICK WILSON's** social security number on the examination sheets. |
| 3 | 01.16.2010 | **DEFENDANT CEDRICK WILSON** submitted an application to the Memphis City Schools citing the scores for the April 25, 2009 Physical Education: Content Knowledge and Physical Education: |

|  |  | Movement Forms – Analysis and Design PRAXIS examinations taken by a test-taker sent by **DEFENDANT CLARENCE MUMFORD.** |
|--|--|--|

All in violation of Title 18, United States Code, Section 371.

> [nmt 5 yrs, nmt $250,000.00, or both, and nmt 3 yrs supervised release together with a mandatory special assessment of $100.00, see 18 U.S.C. § 3013(a)]

## COUNT 2

1.     The allegations contained in paragraphs 1(a) through and including 1(k),   and

paragraphs 3(a) through and including 3(g) of Count 1 of this Indictment are re-alleged and

incorporated by reference as if fully set forth herein.

2.     On or about April 8, 2009, in the Western District Tennessee and elsewhere, for the

purpose of executing and attempting to execute the aforementioned scheme and artifice to

defraud, and to obtain money by means of false and fraudulent pretenses and representations,

**DEFENDANT CEDRICK WILSON,** being aided and abetted by others known and unknown to

the Grand Jury, did cause to be transmitted in interstate commerce by means of wire

communications, certain signs, signals and sounds an internet registration on behalf of

**DEFENDANT CEDRICK WILSON** for Physical Education: Content Knowledge and Physical

Education: Movement Forms – Analysis and Design PRAXIS examinations to be taken on April

25, 2009 at Phillips Community College of the University of Arkansas, located in Helena,

Arkansas, in violation of Title 18, United States Code, Section 1343.

> [nmt 20 yrs, nmt $250,000 fine, nmt 3 yrs supervised release, and mandatory assessment of $100 pursuant to 18 U.S.C. § 3013]

## COUNT 3

1.      The allegations contained in paragraphs 1(a) through and including 1(k),   and paragraphs 3(a) through and including 3(g) of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about April 25, 2009, in the Western District of Tennessee and elsewhere, **DEFENDANT CEDRICK WILSON,** being aided and abetted by others known and unknown to the Grand Jury, for the purpose of obtaining something of value and for other purposes, knowingly, willfully and with the intent to deceive, falsely and fraudulently represented, and caused to be represented that a test-taker taking a Physical Education: Content Knowledge PRAXIS examination on behalf of **DEFENDANT CEDRICK WILSON** possessed social security number xxx-xx-8466 when, in fact, this social security account number was assigned to **DEFENDANT CEDRICK WILSON**, in violation of Title 42, United States Code, Section 408(a)(7)(B).

> [nmt 5 yrs,  nmt $250,000.00, or both, and nmt 3 yrs  supervised release together with a mandatory special assessment of $100.00, see 18 U.S.C. § 3013(a)]

8

## COUNT 4

1.     The allegations contained in paragraphs 1(a) through and including 1(k),   and paragraphs 3(a) through and including 3(g) of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.     On or about April 25, 2009, in the Western District of Tennessee and elsewhere, **DEFENDANT CEDRICK WILSON,** being aided and abetted by others known and unknown to the Grand Jury, for the purpose of obtaining something of value and for other purposes, knowingly, willfully and with the intent to deceive, falsely and fraudulently represented, and caused to be represented that a test-taker taking a Physical Education: Movement Forms – Analysis and Design PRAXIS examination on behalf of **DEFENDANT CEDRICK WILSON** possessed social security number xxx-xx-8466 when, in fact, this social security account number was assigned to **DEFENDANT CEDRICK WILSON**, in violation of Title 42, United States Code, Section 408(a)(7)(B).

> [nmt 5 yrs,  nmt $250,000.00, or both, and nmt 3 yrs  supervised release together with a mandatory special assessment of $100.00, see 18 U.S.C. § 3013(a)]

**A TRUE BILL:**


**F O R E P E R S O N** _____


DATE: _____


_____
**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**