## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| Plaintiff, | * |
| vs. | * Cr. No. <u>12-CR-20285-JTF</u> |
| **CEDRIC WILSON,** | * |
| Defendant. | * |

## MOTION TO DISMISS

COMES NOW, the United States, by and through Edward L. Stanton III, United States Attorney, and John D. Fabian, Assistant United States Attorney, and respectfully moves this Court to dismiss the indictment in this matter without prejudice.

As grounds, the Government states that the Defendant are participating in pretrial diversion. In the event the Defendant fails to comply with all of the requirements of pretrial diversion, the case will be reinstated.

        Respectfully Submitted,

        EDWARD L. STANTON, III
        United States Attorney

By:  <u>s/JOHN D. FABIAN</u>
      John D. Fabian
      Assistant United States Attorney
      167 N. Main, Federal Building
      Ohio Bar No. 0075495

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was forwarded via the Court's electronic filing system to counsel for the Defendant.

This 17th day of July 2014.

                                        /s/ *John D. Fabian*
                                      Assistant United States Attorney