# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | *   Cr. No. <u>12-CR-20285-JTF</u> |
| vs. | * |
| | * |
| **CEDRIC WILSON,** | * |
| | * |
| Defendant. | * |

## ORDER TO DISMISS INDICTMENT

Upon motion of the United States, and for good cause shown, the Indictment against the above-named defendant, Cedric Wilson, is hereby ordered dismissed without prejudice.

Entered this <u>21st</u> day of July 2014.

<u>*s/John T. Fowlkes, Jr.*</u>
United States District Court
